KELLEY & WILKINS
A Limited Liability Company

MATSON KELLEY     8129
ALEX WILKINS      10276
Wailuku Executive Center
24 N. Church Street, Suite 312
Wailuku, Hawaii 96793
Telephone: (808) 244-4994
Facsimile: (800) 948-7344

Attorneys for Plaintiff
John TOMBERLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN TOMBERLIN,<br><br>PLAINTIFF,<br><br>VS.<br><br>COSTCO WHOLESALE CORPORATION, A FOREIGN PROFIT CORPORATION;  JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE NON-PROFIT CORPORATIONS 1-5 AND DOE GOVERNMENTAL AGENCIES 1-5,<br><br>DEFENDANTS. | Civil No.  CV18-00075-DKW-RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES<br><br><br><br>Trial: March 16, 2020<br>Honorable Derrick K. Watson |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties,

through their respective counsel, that the above-entitled action, and all claims

asserted therein, are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. There are no remaining parties or issues.

This stipulation is submitted pursuant to Rule 41(a)(l)(A)(ii) of the <u>Federal Rules of Civil Procedure</u> and has been signed by counsel for all parties who have made an appearance in this action.

DATED: Wailuku, Hawai'i, November 27, 2019.

       /s/ *Matson Kelley*
MATSON KELLEY
Attorney for Plaintiff
JOHN TOMBERLIN

DATED: Honolulu, Hawai'i , November 27, 2019.

       /s/ Norman K. Odani
NORMAN K. ODANI
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

APPROVED AS TO FORM.

DATED: December 2, 2019 at Honolulu, Hawai'i.



       /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES